IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02467-MEH

CAROL ANN COALE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on September 1, 2015, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is AFFIRMED IN PART, REVERSED IN PART, and REMANDED. It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further consideration and/or clarification in accordance with this order and judgment. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Carol Ann Coale, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security Administration.

DATED at Denver, Colorado this 2nd day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. Libid
 S. Libid, Deputy Clerk